CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDDHARTHA BAKKI, et al., | No. 26-cv-1634-LJC |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT; ORDER** |
| v. | |
| MARCO RUBIO, et al., | |
| Defendants. | |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties submit the following stipulation to extend the time for Defendants' response to the complaint. In support of this stipulation, the parties state as follows:

1.    Defendant's response to the complaint is currently due May 27, 2026. Dkt. No. 14.

2.    Due to Defendant's counsel's pre-scheduled leave in early June, Defendants have requested, and Plaintiffs have agreed, that Defendants may have an additional five days to respond to Plaintiff's complaint.

3.    The parties therefore stipulate to extend the time for Defendants' response to June 1, 2026.

STIPULATED REQUEST TO EXTEND DEADLINE
No. 26-cv-1634-LJC                                         1

4.      The Court previously ordered, pursuant to the Parties' stipulation, that Defendants' response and summary judgment filing deadlines be extended by 30 days.  Dkt. No. 14.  There have been no previous modifications of time in this case, whether by stipulation or Court Order.

IT IS SO STIPULATED.

Dated: May 27, 2026                              Respectfully submitted,

                                                CRAIG H. MISSAKIAN
                                                United States Attorney

                                                    _/s/ Pamela T. Johann*_
                                                PAMELA T. JOHANN
                                                Assistant United States Attorney

                                                Attorneys for Defendants


Dated: May 27, 2026                              NIMER LAW LLC

                                                    _/s/ Jennifer Nimer_
                                                JENNIFER NIMER

                                                Attorneys for Plaintiffs


*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    May 27, 2026

                                                _____
                                                HON. LISA J. CISNEROS
                                                United States Magistrate Judge


STIPULATED REQUEST TO EXTEND DEADLINE
No. 26-cv-1634-LJC                                2