PARIS ETEMADI SCOTT (SBN 248899)
PARS EQUALITY CENTER
1635 The Alameda, Floor #3
San Jose, CA 95126
Tel: (408) 261-6405
Email: petemadi@parsequalitycenter.org

JENNIFER E. NIMER (Ohio Bar No. 0079475)
NIMER LAW LLC
6500 Emerald Pkwy, Suite 100
Dublin, OH 43016
Tel: (614) 927-0270
Email: jnimer@nimerlaw.com
APPEARANCE PRO HAC VICE

COUNSEL FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDDHARTHA BAKKI, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, Secretary, United States Department of State, *et al*., <br><br> Defendants. | Case No. 3:26-cv-01634-LJC <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND ORDER** |

On June 1, 2026, Defendants filed a Motion to Dismiss Plaintiffs' Complaint or, in the Alternative, to Transfer Venue. *See* ECF 17. The Court has set the hearing on the Motion for July 20, 2026. Plaintiffs' opposition is currently due June 15, 2026. Plaintiffs require additional time to prepare their opposition, and the parties have conferred regarding the briefing schedule. Plaintiffs and Defendants hereby stipulate and respectfully request the Court to grant the parties' proposed briefing schedule on Defendants' Motion to Dismiss. The parties request the following schedule:

1.    Plaintiffs will file their opposition to Defendants' Motion to Dismiss by June 29, 2026.

2.    Defendants will file their reply in support of the Motion to Dismiss by July 7, 2026.

Stipulation
3:26-cv-01634-LJC                                           1

3.      The hearing on Defendants' Motion to Dismiss remains set for July 20, 2026, at 10:30 a.m., as set by the Court.

The parties respectfully request that the Court grant their stipulation.

Dated: June 15', '2026                                    Respectfully submitted[1],

*s/ Jennifer Nimer*
JENNIFER NIMER
Nimer Law LLC

*s/ Paris Etemadi Scott*
PARIS ETEMADI SCOTT
Pars Equality Center

Attorneys for Plaintiffs

Dated:  June 15', '2026

CRAIG H. MISSAKIAN
United States Attorney

*s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney
Attorneys for Defendants.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 15, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

---

1 In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Stipulation
3:26-cv-01634-LJC                                    2