CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDDHARTHA BAKKI, et al., | No. 26-cv-1634-LJC |
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING DATE, EXTEND TIME FOR DEFENDANTS' REPLY, AND REQUEST ZOOM APPEARANCE [PROPOSED] ORDER AS MODIFIED** |
| v. | |
| MARCO RUBIO, et al., | |
| Defendants. | |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties submit the following stipulation to continue the hearing date, request a Zoom appearance, and extend the time for Defendants' reply. In support of this stipulation, the parties state as follows:

1.      Defendants filed a motion to transfer or dismiss on June 1, 2026. Pursuant to stipulated order, Plaintiffs filed their opposition on June 29, 2026, and Defendants' reply is currently due July 7, 2026. Dkt. No. 20. By Court order, the hearing on the motion was continued to July 20, 2026. Dkt. No. 18.

2.      Due to Plaintiffs' counsel's leave and a family matter, she is unavailable for the hearing on July 20, 2026. Plaintiffs have requested, and Defendants have agreed, subject to the Court's

STIPULATED REQUEST TO CONTINUE HEARING AND EXTEND DEADLINE
No. 26-cv-1634-LJC                                    1

approval, that the hearing be continued to July 28, 2026 at **3:00pm**.  The parties have agreed that Defendants may have until July 10, 2026, to file their reply.

3.      Plaintiffs' counsel additionally requests that she be permitted to appear by Zoom to avoid the expense of travel from Ohio.  Counsel for Defendants will appear in person but has no objection to this request.

4.      The Court previously twice extended Defendants' response date, pursuant to the Parties' stipulation.  Dkt. Nos. 14, 16.  By Clerk's Notice, the Court continued the hearing date for this motion to July 20, 2029.  Dkt. No. 18.  The Court also granted the parties' stipulation to continue Plaintiffs' deadline for filing their opposition.  Dkt. No. 20.  There have been no other modifications of time in this case, whether by stipulation or Court Order.

IT IS SO STIPULATED.

Dated: July 7, 2026                                     Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____*/s/ Pamela T. Johann*_____
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

Dated: July 7, 2026                                     NIMER LAW LLC

_____*/s/ Jennifer Nimer*_____
JENNIFER NIMER

Attorneys for Plaintiffs

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.*

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 7, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

**DECLARATION OF PAMELA T. JOHANN**

I, Pamela T. Johann, declare and state as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.    Plaintiffs have requested that the hearing be continued to accommodate Plaintiffs' counsel's family event and vacation.  Defendants do not oppose this request, and in light of the new requested hearing date of July 28, 2026, have requested that their reply deadline be continued to July 10, 2026.  Plaintiffs have agreed to this request.

3.    The Court previously twice extended Defendants' response date, pursuant to the Parties' stipulation.  Dkt. Nos. 14, 16.  By Clerk's Notice, the Court continued the hearing date for this motion to July 20, 2029.  Dkt. No. 18.  The Court also granted the parties' stipulation to continue Plaintiffs' deadline for filing their opposition.  Dkt. No. 20.  There have been no other modifications of time in this case, whether by stipulation or Court Order.

4.    This requested modification should have no effect on the schedule for the case other than as stated herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 7, 2026.

/s/ Pamela T. Johann
PAMELA T. JOHANN
Assistant United States Attorney